CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 15 2018

ARTHUR JOHNSTON
DEPUTY

**RELATED CASE INFORMATION:**

CITY: _HATTIESBURG_

COUNTY: _LAMAR_

SUPERSEDING INDICTMENT _____ DOCKET # _2:18CR18KS-MTP_
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE:____ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ____ NO

NAME/ALIAS: _GLENN DOYLE BEACH, JR._

**U.S. ATTORNEY INFORMATION:**

AUSA _MARY HELEN WALL_            BAR # _100857_

INTERPRETER: _X_ NO _____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**          ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _16_          _____ PETTY _____ MISDEMEANOR     16 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 _18:1349.F_ | 18 USC § 1349 | Attempt and Conspiracy | 1 |
| Set 2 _18:1347.F_ | 18 USC § 1347 | Healthcare Fraud | 2-7 |
| Set 3 _18:371.F_ | 18 USC § 371 | Conspiracy | 14 |
| Set 4 _42:1320A.F_ | 42 USC§ 1320a-7b | Payment to Non- Licensed Physician | 15-20 |
| Set 5 _18:1956.F_ | 18 USC § 1956(h) | Money Laudering – Fraud Other | 24 & 25 |
| Set 6 _18:1956.F_ | 18 USC § 1956(a)(1)(B)(i) | Money Laudering - Racketeering | 28 |

Date: _5-15-18_          **SIGNATURE OF AUSA:** _Mary Helen Wall_

Revised 2/26/2010