CASE NO. 2:18 cr 18-KS-MTP 3
USA
VS. Glenn Doyle Beach, Jr.
PLAINTIFF'S EXHIBIT G1
DATE _____ IDEN.
DATE 6-28-2018 EVID.
BY [signature]
Deputy Clerk
AO 386

