IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CRIMINAL NO. 2:18-cr-18-KS-MTP-3

GLENN DOYLE BEACH, JR.

## ORDER

On July 11, 2018, Defendant Glenn Doyle Beach, Jr. had multiple Subpoenas to Produce Documents [64] issued. These Subpoenas were filed, under seal, on July 13, 2018. The Court did not grant any party leave to file these Subpoenas under seal, and it appears that the subpoenas may have been sealed in error. Accordingly, on or before July 18, 2018, Defendant Beach shall show cause why these Subpoenas [64] should not be unsealed.

Additionally, these Subpoenas require third-parties to produce items identified in "Exhibit A." However, Exhibit A is not attached to any of the subpoenas. Accordingly, on or before July 18, 2018, Defendant Beach shall show cause why "Exhibit A" to each of these subpoenas should not be filed of record.

SO ORDERED this the 17th day of July, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE