IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

V.                                                          CASE NO.: 2:18-cr-18-KS-MTP-3

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER,
Defendants

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

The Defendant, Glenn Doyle Beach, and his Counsel, file herewith their response to the Court's Show Cause Order [67] of July 17, 2018, as follows:

1. On July 11, 2018, a paralegal in Defendant's Counsel's office filed three (3) separate subpoenas in the Clerk's office to be issued by the Clerk and served. Without any request from the undersigned or his office, the subpoenas were placed under seal in the Clerk's office, and today's Show Cause Order [67] is the first time that Counsel for Mr. Beach became aware of them being so filed. Neither Mr. Beach nor his counsel ever had any intention that the subject subpoenas be placed under seal until served and the Return of Service filed with the Clerk and, therefore, has no objection to them being "unsealed".

2. The copies of the subject subpoenas in Counsel's file contain the Exhibit "A" for each subpoena, copies of which are attached to this Response and filed herewith. Again, with all due apologies to the Court and to the Clerk, the Exhibits for these subpoenas are essential and need to be served as part of the subpoenas.

3. The undersigned counsel respectfully requests that this Response be received and filed and constitutes sufficient "cause" herein for the confusion regarding the subject subpoenas and Response to the Court's Order.

This the 17th day of July, 2018.

        Respectfully submitted,

        **GLENN DOYLE BEACH, JR.**

        */s/ Arthur F. Jernigan, Jr.*
        Arthur F. Jernigan, Jr. (MSB #3092)
        JERNIGAN COPELAND ATTORNEYS, PLLC
        587 Highland Colony Parkway (39157)
        Post Office Box 2598
        Ridgeland, MS 39158-2598
        Phone: (601) 427-0048
        Fax:   (601) 427-0051
        Email: ajernigan@jcalawfirm.com

        Brian E. Dickerson, Esq.
        *Admitted Pro Hac Vice*
        FISHERBROYLES, LLP
        2390 Tamiami Trail North
        Suite 100
        Naples, Florida 34103
        Phone: (202) 570-0248
        Fax:   (239) 236-1360
        Email: brian.dickerson@fisherbroyles.com

        *Counsel for Defendant Glenn Doyle Beach, Jr.*

## **CERTIFICATE OF SERVICE**

I, Arthur F. Jernigan, Jr., one of the attorneys for Defendant Glenn Doyle Beach, Jr., do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record.

**SO CERTIFIED,** this the 17th day of July, 2018.

>   */s/ Arthur F. Jernigan, Jr.*
>   Arthur F. Jernigan, Jr.