IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:18-cr-18-KS-MTP-3

**GLENN DOYLE BEACH, JR.**

## ORDER

THIS MATTER is before the Court on Defendant Glenn Doyle Beach, Jr.'s Motion to Compel [59] and Supplemental Motion to Compel [60]. On July 17, 2018, the Court conducted a telephonic hearing on the Motions. For the reasons stated on the record during the hearing, the Court finds that the Motions should be denied. The deadlines established in the Court's Discovery Order [18], entered on June 25, 2018, remain in place.[1]

SO ORDERED this the 18th day of July, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

---

[1] In its Response [65] to the Motions, the United States requested that it be allowed to deliver witness statements and a witness list on the morning of the trial pursuant to paragraph five of the Discovery Order [18]. For the reasons stated on the record, the Court denies this request. All deadlines remain as originally set in the Discovery Order [18].