IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                          **CRIMINAL NO. 2:18-cr-18-KS-MTP-3**

**GLENN DOYLE BEACH, JR.**

## ORDER

On July 11, 2018, Defendant Glenn Doyle Beach, Jr. had multiple Subpoenas to Produce Documents [64] issued. These subpoenas were filed under seal on July 13, 2018. On July 17, 2018, the Court ordered Defendant Beach to show cause why these subpoenas should not be unsealed. *See* Order [67].

Additionally, these subpoenas require third-parties to produce items identified in "Exhibit A." However, "Exhibit A" is not attached to any of the subpoenas. Thus, the Court also ordered Defendant Beach to show cause why "Exhibit A" to each of these subpoenas should not be filed of record. *See* Order [67].

On July 17, 2018, Defendant Beach filed a Response [68], stating that he did not request or have any intention that the subpoenas be filed under seal and has no objection to them being unsealed. Defendant also states that he intended to attach "Exhibit A" to each subpoena. Defendant attached the subpoenas along with the exhibits to his Response [68]. *See* Subpoenas with Exhibits [68-1] [68-2] [68-3].

IT IS, THEREFORE, ORDERED that the Subpoenas to Produce Documents [64] shall be unsealed.

SO ORDERED this the 18th day of July, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE