### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION


**UNITED STATES OF AMERICA**

**v.**                                            **CRIMINAL CASE NO. 2:18-CR-18-KS-MTP**

**HOPE EVANGULANE THOMLEY,** *et al.*


#### <u>ORDER</u>

On October 22, 2018, Defendant Glenn Doyle Beach, Jr. filed a Motion to Suppress Evidence or to Direct the Government [135] to disclose certain information. Any party who wishes to respond shall do so on or before **November 2, 2018**. L.U.Crim.R. 47(C)(1). Defendant may reply on or before **November 7, 2018**. L.U.Crim. R. 47(D); FED. R. CRIM P. 45(a)(1).

SO ORDERED AND ADJUDGED this 23rd day of October, 2018.


                              /s/   Keith Starrett
                              KEITH STARRETT
                              UNITED STATES DISTRICT JUDGE