**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he, along with his associate, Frank R. Brabec, has made numerous attempts to contact and communicate with Express Scripts Holding Company, all of which has been to no avail, with no response to numerous voicemail messages to Tina Italiano with ESI.

This the __20th__ day of November, 2018.

_____
Arthur R. Jernigan, Jr.