IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.    **CRIMINAL NO. 2:18-cr-18-KS-MTP-3**

**GLENN DOYLE BEACH, JR.**

## ORDER

Pending before the Court is the Motion to Compel [148] filed by Defendant Glenn Doyle Beach, Jr.  On July 12, 2018, Defendant served a subpoena *duces tecum* upon Express Scripts Holding Company ("Express").  *See* Return [76].  According to Defendant, Express did not respond or object to the subpoena.  On November 20, 2018, Defendant filed the instant Motion [148], requesting an order for this Court compelling Express to produce the records requested in the subpoena.  Defendant does not indicate whether he provided a copy of the instant Motion [148] to Express.

IT IS, THEREFORE, ORDERED that:

1. On or before November 28, 2018, Defendant shall provide Express Scripts Holding Company copies of the Motion to Compel [148] and this Order.  By that same date, Defendant shall file a notice of compliance with this Order.

2. Any response to the Motion to Compel [148] from any party or nonparty shall be filed on or before December 10, 2018.

SO ORDERED this the 26th day of November, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE