**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL CASE NO. 2:18-CR-18-KS-MTP**

**HOPE EVANGULANE THOMLEY,** *et al.*

### ORDER

On Tuesday, December 4, 2018, at 9:00 a.m., the Court will conduct a joint hearing on Defendants' Motion [150] for the release of funds seized by the Government and Defendants' Motion to Continue [155]. Parties and counsel shall appear. Counsel should be prepared to argue both motions and present whatever evidence they deem necessary.

The Government shall file a written response to Defendants' Motion to Continue [150] on or before Friday, November 30, 2018, and Defendants may file a written reply before noon on Monday, December 3, 2018.

SO ORDERED AND ADJUDGED this 27th day of November, 2018.

       /s/ Keith Starrett
       KEITH STARRETT
       UNITED STATES DISTRICT JUDGE