IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,                                                   Plaintiff

V.                                                                 CASE NO.: 2:18-cr-18-KS-MTP-3

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER,                                          Defendants

---

## NOTICE OF COMPLIANCE WITH COURT ORDER

---

The undersigned attorneys and the undersigned law firm, file this Notice of Compliance with the Court's Order on the Defendant's Motion to Compel, and states the following:

1. On November 26, 2018, in accordance with the Court's Order, this firm caused to be mailed, *via* Federal Express delivery, a copy of said Order and Motion to Compel Compliance with Subpoena Duces Tecum along with Subpoena Duces Tecum with attached Exhibit "A" outlining requested documents and correspondence notifying Express Scripts Holdings that they shall file any response on or before December 10, 2018.  A copy of said composite is attached hereto as Exhibit "A".

2. On November 27, 2018, the Proof of Delivery was received indicating service on the Corporation Service Company, Registered Agent, as well as Express Scripts Holdings Company, directly.  A copy of the Proofs of Delivery is attached hereto as Exhibit "B."

**WHEREFORE, PREMISES CONSIDERED,** Arthur F. Jernigan, Jr. and the law firm of

JERNIGAN COPELAND ATTORNEYS, PLLC, file the Notice of Compliance with this Court's

Order of November 26, 2018.

Respectfully submitted, this the   27<u>th</u>   day of November, 2018.

> **GLENN DOYLE BEACH, JR.**
>
> <u>*/s/ Arthur F. Jernigan, Jr.*</u>
> Arthur F. Jernigan, Jr. (MSB #3092)
> JERNIGAN COPELAND ATTORNEYS, PLLC
> 587 Highland Colony Parkway (39157)
> Post Office Box 2598
> Ridgeland, MS 39158-2598
> Phone: (601) 427-0048
> Fax:    (601) 427-0051
> Email: ajernigan@jcalawfirm.com
>
> Brian E. Dickerson, Esq.
> ***Admitted Pro Hac Vice***
> FISHERBROYLES, LLP
> 2390 Tamiami Trail North
> Suite 100
> Naples, Florida 34103
> Phone: (202) 570-0248
> Fax:    (239) 236-1360
> Email: brian.dickerson@fisherbroyles.com
>
> ***Counsel for Defendant Glenn Doyle Beach, Jr.***

## CERTIFICATE OF SERVICE

I, Arthur F. Jernigan, Jr., attorney for Defendant Glenn Doyle Beach, Jr., do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record.

**SO CERTIFIED,** this the  27th  day of November, 2018.

*/s/ Arthur F. Jernigan, Jr.*
Arthur F. Jernigan, Jr.