IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO. 2:18-CR-18-KS-MTP**

**GLENN DOYLE BEACH, JR.,** *et al.*

### ORDER

On February 19, 2019, Defendant Glenn Doyle Beach, Jr. filed several Motions in Limine [194, 195, 196, 197, 198], and the Government filed an Omnibus Motion in Limine [200]. Responses to these motions shall be filed on or **March 4, 2019**. L.U.Crim.R. 47(C)(1). Replies may be filed on or before **March 11, 2019**. L.U.Crim. R. 47(D).

SO ORDERED AND ADJUDGED this 20th day of February, 2019.

                                                /s/ Keith Starrett
                                                KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE