IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO.: 2:18-cr-00018-KS-MTP

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as co-counsel for the United States of America:

Dustin M. Davis
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW
Washington, DC 20005
Ph.: (202) 355-5643
E-mail: Dustin.Davis@usdoj.gov
LA Bar No.: 28012

Service of all pleadings, papers, and documents required to be served in this action on the government should also be served on the above-named appearing co-counsel.

Respectfully submitted,

By:     *s/Dustin M. Davis*
        Dustin M. Davis
        U.S. Department of Justice
        Criminal Division
        1400 New York Ave., NW
        Washington, DC 20005
        Ph.: (202) 355-5643
        E-mail: Dustin.Davis@usdoj.gov
        LA Bar No.: 28012

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

    This the 11th day of March 2019.

                                                   *s/Dustin M. Davis*
                                                   Dustin M. Davis
                                                   U.S. Department of Justice