IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

V.   CASE NO.: 2:18-cr-18-KS-MTP-3

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER,
Defendants

## MOTION TO WITHDRAW AS COUNSEL

James G. McGee, Jr., respectfully moves the Court to allow him to withdraw as counsel of record for defendant Glenn Doyle Beach, Jr. ("Defendant") and states as follows:

1. The undersigned along with Arthur F. Jernigan, Jr., Brian Dickerson PHV, and Nicole Waid PHV currently represent the Defendant, Glenn Doyle Beach in this case.

2. Because the undersigned counsel may become a witness concerning certain claims brought by the Government it is necessary the he withdraw as counsel of record herein.

3. Defendant Beach will continue to be represented by his other counsel of record and Mr. McGee's withdrawal will not unreasonably delay this case or prejudice Defendant Beach in any manner.

In accordance with Local Uniform Civil Rule 83.1(b)(3), the undersigned is providing notice of this motion to counsel for all parties and to the undersigned's client. A proposed order is attached as Exhibit A.

This, the 12th day of March, 2019.

/s/ James G. McGee, Jr.

JAMES G. McGEE, JR.  (MSB # 102385)  
McGEE TAX LAW, PLLC  
125 South Congress Street  
Suite 1240  
Jackson, Mississippi 39201  
(601) 965-6155  
(601) 965-6166 fax  
jmcgee@mcgeetaxlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record. I further certify that my client, Glenn Doyle Beach has been served with and given notice of this motion.

                                          */s/ James G. McGee, Jr.*
                                          James G. McGee, Jr.