IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

V.                                                              CASE NO.: 2:18-cr-18-KS-MTP-3

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER,
Defendants

## RESPONSE TO MOTION TO WITHDRAW

NOW COMES the Separate Defendant, Glenn Doyle Beach, Jr., ("Mr. Beach") by and through counsel, and files herewith his Response to the Motion of James McGee to Withdraw as counsel and states as follows:

1. The Separate Defendant having conferred with his other counsel, Arthur F. Jernigan, Jr. and Brain Dickerson regarding same responds that he has no objection to Mr. McGee's withdrawal.

This, the 19th day of March, 2019.

Respectfully submitted,

**GLENN DOYLE BEACH, JR.**

*/s/ Arthur F. Jernigan, Jr.*
Arthur F. Jernigan, Jr. (MSB #3092)
JERNIGAN COPELAND ATTORNEYS, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 2598
Ridgeland, MS 39158-2598
Phone: (601) 427-0048
Fax:    (601) 427-0051
Email: ajernigan@jcalawfirm.com

>Brian E. Dickerson, Esq.
>Niccole Waid
>***Admitted Pro Hac Vice***
>FISHERBROYLES, LLP
>2390 Tamiami Trail North
>Suite 100
>Naples, Florida 34103
>Phone: (202) 570-0248
>Fax:     (239) 236-1360
>Email: brian.dickerson@fisherbroyles.com
>
>***Counsel for Defendant Glenn Doyle Beach, Jr.***

## CERTIFICATE OF SERVICE

I, Arthur F. Jernigan, Jr., attorney for Defendant Glenn Doyle Beach, Jr., do hereby certify that I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record.

**SO CERTIFIED,** this the 19th day of March, 2019.

>*/s/ Arthur F. Jernigan, Jr.*
>Arthur F. Jernigan, Jr.