UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.    Criminal Case No. 2:18-cr-18-KS-MTP-3

HOPE EVANGULANE THOMLEY,
HOWARD RANDALL THOMLEY,
GLENN DOYLE BEACH, JR., and
GREGORY GRAFTON PARKER

_____/

## DEFENDANT BEACH'S NOTICE OF INTENT TO PLEAD

Defendant, Glenn Doyle Beach, Jr. ("**Defendant Beach**"), through undersigned counsel, hereby gives notice to this Court, along with all interested parties, of his intentions to plead Guilty on Tuesday, March 26, 2019 at 9 am.

GLENN DOYLE BEACH, JR.
/s Brian E. Dickerson

Brian E. Dickerson, Esq.
Admitted *Pro Hac Vice*
FISHERBROYLES, LLP
2390 Tamiami Trail North
Suite 100
Naples, Florida 34103
Phone: (202) 570-0248
Fax: (239) 236-1360
Email: brian.dickerson@fisherbroyles.com

Arthur F. Jernigan, Jr. (MSB #3092)
JERNIGAN, COPELAND, ATTORNEYS, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 2598
Ridgeland MS 39158-2598
Phone: (601) 427-0048
Fax: (601) 427-0051
Email: ajernigan@jcalawfirm.com
Counsel for Defendant, Glenn Doyle Beach, Jr.

## **CERTIFICATE OF SERVICE**

 I, Brian E. Dickerson, Esq., counsel for Defendant, Glenn Doyle Beach, Jr., do hereby certify that on March 21, 2019 I have, this day, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record.

             /s Brian E. Dickerson
             Brian E. Dickerson